IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-211-FDW-DCK

| PATRICIA GAIL HOFFMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Abigail Littrell, concerning Andrew P. Burnside, on March 13, 2024. Andrew P. Burnside seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Andrew P. Burnside is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: March 13, 2024

David C. Keesler
United States Magistrate Judge