IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-cv-00211-FDW-DCK

PATRICIA GAIL HOFFMANN,

Plaintiff,

v.

TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF
AMERICA,

Defendant.

**STIPULATION OF DISMISSAL WITH
PREJUDICE**

NOW COMES Plaintiff Patricia Gail Hoffmann, by and through undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and hereby stipulates to the dismissal of all claims against Defendant Teachers Insurance and Annuity of America in the above-captioned action with prejudice.

This the 30th of January, 2025.

/s/ Alec S. Jalovec
Alec S. Jalovec
David G. Redding
ajalovec@tlg-law.com
dredding@tlg-law.com
*Attorneys for the Plaintiff*

/s/ S. Abigail Littrell
S. Abigail Littrell
Andrew Burnside
Abby.littrell@ogletreedeakins.com
Drew.burnside@ogletreedeakins.com
*Attorneys for the Defendant*