# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

## CERTIFICATION OF ADR SESSION

**PATRICIA GAIL HOFFMAN,**

    **PLAINTIFF,**

**v.**                                        **CASE NO: 3:24-CV-00211-FDW-DCK**

**TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF AMERICA,**

    **DEFENDANT.**

    I hereby certify that the parties have held an Alternate Dispute Resolution session on January 28, 2025.

    The ADR session was:

    __X__ Mediation Session
    _____ Early Neutral Evaluation Session
    _____ Settlement Offer
    _____ Other (Describe type of session.) _____

    The following individuals, parties, corporate representatives, and or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

    __X__ All individual parties and their counsel
    __X__ Designated corporate representatives
    _____ Required claims professionals
    _____ Other:

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered:

_____
_____
_____
_____

The outcome of the ADR session was:

__X__ **The case has been completely settled.** Counsel will promptly file a stipulation of voluntary dismissal with prejudice upon all parties executing a final settlement and release agreement.

_____ **The case has been partially resolved.** Counsel will file a joint stipulation regarding those claims which have been resolved within ten (10) days of the filing of this report. The report shall also contain a brief summary of the issues which remain for the Court to resolve.

_____ **The parties have reached an impasse.**

I certify that the above is a true and accurate report of the result of the ADR process and that all parties of record have received a copy of this report.

| Kenneth P. Carlson, Jr. | 01/31/2025 |
|---|---|
| Name of Mediator | Date |

**s/Kenneth P. Carlson, Jr.**
Signature of Mediator

12368588v1